UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KRISTAL M. ALLEN<br><br>Debtor | Chapter 13<br>Case No. 24-13915-AMC |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>KRISTAL M. ALLEN<br>(Debtor)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | Doc. No. 45 |

**CERTIFICATION OF DEFAULT**

Now Comes Creditor, Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") by and through its attorneys, Orlans Law Group PLLC, and files this Certification of Default to obtain an order for Relief from the Automatic Stay due to Debtor's failure to comply with the terms of the Stipulation resolving a Motion for Relief from the Automatic Stay, and avers the following:

1. On October 1, 2025, the attached Stipulation was approved by the Court. See Exhibit "A."

2. Debtor did not continue to make the post-petition payments as required by the Stipulation. On July 24, 2026, Creditor sent a Notice of Default to the Debtor and Debtor's Counsel, as required by the Stipulation. See Exhibit "B."

3. Per the terms of the Stipulation, if the default is not cured within 10 days of the date of the written notice of default, Creditor may file a Certification of Default with the Court, and request for Order granting Creditor Relief from the Automatic Stay.

4. As of the date of the filing of this Certification of Default, more than 10 days have passed and the default has not been cured.

5. Creditor has not received the following payments that were due pursuant to the Stipulation attached as Exhibit "A:"

| | |
|---|---|
| Current Balance (loan matured on 3/10/2026) | $24,246.45 |
| Less suspense | $0.00 |
| Attorney fees for Notice of Default | $50.00 |
| TOTAL | $24,296.45 |

WHEREFORE, Creditor respectfully requests this Honorable Court enter an ORDER granting Creditor Relief from the Automatic Stay.

Date: August 28, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*______________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 25-008492